**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

CENTER FOR BIOLOGICAL DIVERSITY,

Plaintiff,

v.

U.S. FISH AND WILDLIFE SERVICE, et al.

Defendants.

Case No. 3:25-cv-05160-DGE

**AFFIDAVIT OF SERVICE**

Pursuant to Fed. R. Civ. P. 4, the undersigned counsel hereby certifies that service for the above-captioned case, which included true and correct copies of the Complaint (ECF 1) and Summons (ECF 6), took place as described below.

On February 27, 2025, copies of the above-referenced documents were sent via USPS Certified Mail, electronic return receipt requested, to the following parties:

**U.S. Fish & Wildlife Service**
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899560979186124)

**Paul Souza, Acting Director**
U.S. Fish & Wildlife Service
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899560979186131)


Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(503) 283-5474

**Doug Burgum, Secretary**
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899560979186346)

**Pamela Bondi, Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(Tracking No. 9414811899560979186339)

**U.S. Attorney c/o Civil Process Clerk**
United States Attorney's Office
1201 Pacific Ave, Ste. 700
Tacoma, WA 98402
(Tracking No. 9414811899560979413534)

The U.S. Attorney's Office received the documents on March 3, 2025. Defendant Secretary Doug Burgum received the documents on March 4, 2025. The Attorney General's Office received the documents on March 5, 2025. Defendants U.S. Fish & Wildlife Service and Paul Souza received the documents on March 6, 2025. Receipts and delivery confirmation verifying the above information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted and dated this 12th day of March, 2025

s/ Andrew Baloga
Andrew Baloga (OR Bar. No 245343)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6402
dbaloga@biologicaldiversity.org
*Admitted Pro Hac Vice*

s/ Ryan Adair Shannon
Ryan Adair Shannon (OR Bar No. 155537)
Center for Biological Diversity

P.O. Box 11374
Portland, OR 97211-0374
(971) 717-6407
rshannon@biologicaldiversity.org
*Admitted Pro Hac Vice*

s/ Sarah Uhlemann
Sarah Uhlemann (WA Bar No. 41164)
Center for Biological Diversity
120 State Avenue NE #268
Olympia, WA 98501
(206) 327-2344
suhlemann@biologicaldiversity.org

*Attorneys for Plaintiff*